Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

_____ Division

Ronnie W. Woods

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

National Association of REALTORS®, et al.

Please see Attached defendants list, Attachment "A"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 

Case: 1:25-cv-03045 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 9/6/2025
Description: Pro Se Gen. Civ. (F-DECK)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



RECEIVED
SEP 06 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Ronnie Woods |
   | Address | 5635 se 127th Pl |
   | | Belleview, Fl 34420 |
   | | *City / State / Zip Code* |
   | County | Marion |
   | Telephone Number | 352-205-1317 |
   | E-Mail Address | ronniewood101@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | National Association of REALTORS® (NAR) |
   | Job or Title *(if known)* | Private trade association |
   | Address | 430 N. Michigan Avenue |
   | | Chicago, IL 60611 |
   | | *City / State / Zip Code* |
   | County | Cook |
   | Telephone Number | (312) 329-8200 |
   | E-Mail Address *(if known)* | info@nar.realtor |

   ☐ Individual capacity    ☒ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Franklin Hughes |
   | Job or Title *(if known)* | Former Senior FREC Official. |
   | Address | (Unknown – believed to reside in Florida; service address to be provided in summons) |
   | | *City / State / Zip Code* |
   | County | |
   | Telephone Number | Unknown |
   | E-Mail Address *(if known)* | franklinhughes124@gmail.com |

   ☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    Defendant No. 3
        Name: Nicola Hughes
        Job or Title *(if known)*: Broker/Owner, Hughes Homes Realty
        Address: Hughes Homes Realty, 1200 Deltona Blvd, Suite 4
        City: Deltona    State: FL    Zip Code: 32725
        County: Volusia
        Telephone Number: (407) 963-1198 (Direct) | (407) 557-8775 (Broker)
        E-Mail Address *(if known)*: nicola@hugheshomesrealty.com

        [X] Individual capacity    [ ] Official capacity

    Defendant No. 4
        Name: Kendall caputo
        Job or Title *(if known)*: Real Estate Broker, Better Homes and Gardens Real Estate Synergy."
        Address: Real Estate Synergy, 412 Beach Village Dr
        City: Flagler Beach    State: FL    Zip Code: 32136
        County: Flagler
        Telephone Number: (386) 986-7091 (Cell) | (386) 338-3939 (Office)
        E-Mail Address *(if known)*: mailto:kendall@bhgsynergy.com

        [✓] Individual capacity    [ ] Official capacity

See attachment A for complete list of Defendants.

**II.    Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Defendants deprived me of due process, equal protection, and access to the courts, rights guaranteed by the U.S. Constitution. They also interfered with my property and contract rights protected under 42 U.S.C. §§ 1981, 1982, and 1983. Their coordinated conduct amounts to retaliation, suppression of my ability to sell property For-Sale-By-Owner. This mirrors the anticompetitive restraints challenged by DOJ in United States v.National Association of Realtors, violating both civil rights and Sherman Act §§ 1 – 2.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Not applicable — no federal officials are named in this action.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Defendants acted under color of state law by jointly engaging with the Florida Real Estate Commission and DBPR to suppress my FSBO sales. Regulators selectively refused enforcement while brokers and associations used state-backed MLS rules to restrain trade and exclude me from the market. This conduct deprived me of due process, equal protection, and property rights, and parallels DOJ's allegations in U.S. v. NAR. I have evidence substantiating these claims.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The events occurred primarily in Marion County and Volusia County, Florida, where my properties and transactions were targeted. Suppression of my For-Sale-By-Owner listings, fraudulent contract practices, and regulatory refusals to act all took place there between 2021 and 2025. These actions were coordinated with national policies and practices of the National Association of REALTORS®, giving the scheme interstate scope and direct ties to Washington, D.C.

B. What date and approximate time did the events giving rise to your claim(s) occur?
The events occurred between 2021 and 2025, during repeated efforts to sell my Florida properties. Specific acts include fraudulent valuations and contract manipulation in 2022–2023, retaliatory listing takedowns and refusals to enforce in 2024, and continuing coordinated suppression into 2025, including off-docket hearings and discovery obstruction.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants conspired to suppress my For-Sale-By-Owner real estate sales between 2021 and 2025. Brokers including Franklin Hughes, Nicola Hughes, Andy Pallemaerts, Kendall Caputo, Paul Young, Lora Pabst, and Teri Hillery engaged in fraudulent valuations, contract manipulation, and premature withdrawals of listings. These acts were coordinated with the Florida Real Estate Commission and DBPR, which refused enforcement and enabled retaliatory takedowns. The National Association of REALTORS® and affiliated MLS rules amplified this suppression nationwide. I was left unable to sell my property, deprived of access to markets and the courts, and made penniless. See attached continuation for full statement of claim.

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defendants' coordinated actions left me financially ruined despite owning four parcels of property. I was denied the ability to sell, refinance, or otherwise use my land for income. Brokers engaged in fraudulent valuations and manipulated contracts that collapsed at closing. Listing agreements were withdrawn prematurely without my consent. FSBO advertisements and online postings were taken down in retaliation. Each time I sought help, the Florida Real Estate Commission and DBPR refused to enforce or investigate. This pattern of selective non-enforcement deprived me of fair process and protection. The prolonged stress of these events aggravated a serious heart condition. I suffered multiple cardiac events requiring hospitalization and continuing care. Medical treatment generated more than two million dollars in unpaid bills that remain outstanding. I cannot pay these charges because my only source of income—my property sales—was suppressed. My condition now limits major life activities, including work, financial independence, and housing stability, and qualifies me as disabled under the ADA. Defendants' conduct therefore compounded into discrimination and exclusion based on disability. I also lost the chance to relocate and rebuild financial stability. I endured severe emotional distress, anxiety, and sleeplessness caused by the constant obstruction. I have been denied both property rights and meaningful access to courts. These injuries continue to worsen with time rather than improve. The harm has left me in permanent debt, with no path to recovery absent relief from this Court. My claims are supported by documentary evidence, including contracts, emails, medical records, and billing statements.

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request that the Court declare that the conduct of Defendants was unlawful and that their actions caused me direct harm. I ask for an injunction to stop Defendants from suppressing my For-Sale-By-Owner property sales and to prevent further retaliatory takedowns of listings. I request an order requiring Defendants to preserve all records, contracts, emails, and communications relevant to this case. I ask that my Florida properties be restored to full and fair access to the open market. I request structural relief to change the practices that block competition and exclude independent sellers. I seek compensatory damages of no less than two million five hundred thousand dollars. This amount reflects the loss of property value, collapsed sales, and more than two million dollars in unpaid medical bills. I ask for punitive damages against individual Defendants for willful and malicious misconduct. I request damages for emotional distress, anxiety, and the sleeplessness that resulted from this campaign of obstruction. I seek damages for the loss of housing opportunities and the loss of financial independence. I ask for damages for the long-term impact on my health and stability. I request that Defendants be required to pay all outstanding medical bills tied to my aggravated heart condition. I also ask for damages to cover the cost of future medical care and ongoing treatment needs. I request an award of costs and fees associated with this action. I ask that the Court refer this case to the Department of Justice, the Federal Trade Commission, and the Department of Housing and Urban Development for enforcement review. I request relief that ensures disabled individuals are not excluded from fair housing and property markets. I ask that the Court impose monitoring or compliance measures to prevent recurrence of these practices. I request that the Court award all other relief it deems just and proper. I also request a jury trial on all issues so triable. Finally, I ask that this Court grant full and complete relief sufficient to make me whole.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06/2025

Signature of Plaintiff: /s/ronniewoods
Printed Name of Plaintiff: Ronnie W. Woods

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*     *State*     *Zip Code*

Telephone Number
E-mail Address

Attachment Index

United States District Court for the District of Columbia

Attachments to Pro Se 15 Complaint of Ronnie W. Woods

Attachment A – List of Defendants

Full list of all defendants, including names, roles, and capacities (individual and/or official).

Attachment to Section III(C) – Statement of Claim

Expanded factual narrative describing the acts of each defendant, dates, and locations.

Attachment to Section IV – Injuries

Detailed description of financial, medical, emotional, and ADA-related injuries.

Attachment to Section V – Relief

Full statement of requested relief, including damages, injunctive orders, structural reforms, and jury demand.

Attachment to Complaint – Verification and Declaration

Sworn declaration under penalty of perjury that the facts stated are true and correct.

Attachment A – List of Defendants

United States District Court for the District of Columbia

Attachment to Pro Se 15 – Defendant List

National Association of REALTORS® (NAR) – Trade association governing MLS access and rules; sued in official capacity.

Franklin Hughes – Former Senior FREC Official; sued in both individual and official capacities.

Nicola Hughes – Broker/Owner, Hughes Homes Realty, Deltona, FL; sued in individual capacity.

Kendall Caputo – Broker, Better Homes and Gardens Real Estate Synergy, Flagler Beach, FL; sued in individual capacity.

Andy Pallemaerts – Real estate agent/broker; sued in individual capacity.

Paul Young – Broker, Young Real Estate LLC, Orlando, FL; sued in individual capacity.

Lora Pabst – Real estate broker; sued in individual capacity.

Teri Hillery – Real estate agent, The KLR Group LLC, Apopka, FL; sued in individual capacity.

Florida Real Estate Commission (FREC) – State regulatory body; sued in official capacity.

Department of Business and Professional Regulation (DBPR) – State regulatory body; sued in official capacity.

Governor Ron DeSantis – Governor of Florida; sued in official capacity.

Evian White De Leon – COO and Chief Legal Counsel, Miami Association of REALTORS®; sued in individual and official capacities.

Jessica Schwieterman – Attorney, Florida Office of the Attorney General; sued in individual capacity.

Jessica Madeira – Attorney, Florida Office of the Attorney General; sued in individual capacity.

Marianne Curtis – Attorney, Berger Singerman, P.A.; sued in individual capacity.

Miami Association of REALTORS® – Trade association; sued in official capacity.

Does 1–100 – Unknown persons/entities jointly engaged in the acts described; sued in both individual and official capacities.

Attachment to Section IV – Injuries

United States District Court for the District of Columbia

Attachment to Pro Se 15 – Injuries

Defendants' coordinated actions left me financially ruined despite owning four parcels of property in Florida.

I was denied the ability to sell, refinance, or use my land for income.

Fraudulent valuations, manipulated contracts, and premature listing withdrawals destroyed my sales.

FSBO advertisements and online postings were repeatedly taken down in retaliation.

State regulators, including FREC and DBPR, refused to act on documented complaints.

This prolonged pattern of suppression caused extreme financial stress and instability.

The stress directly aggravated a pre-existing heart condition.

I suffered multiple cardiac events requiring hospitalization and ongoing medical care.

Medical treatment produced more than $2 million in unpaid bills, which remain outstanding.

These debts exist only because Defendants deprived me of the income I would have received from property sales.

My condition now limits major life activities including work, financial independence, and housing stability.

I therefore qualify as a person with a disability under the Americans with Disabilities Act.

Defendants' conduct effectively excluded me from housing opportunities and fair participation in property markets.

I lost the chance to relocate, reinvest, and rebuild financial stability.

I endured emotional distress, anxiety, sleeplessness, and ongoing fear of retaliation.

My property rights and access to the courts were denied through obstruction and suppression.

These injuries are ongoing and worsening with time rather than improving.

The harm has left me in permanent debt and continuing health risk.

The economic, medical, and emotional injuries I suffered directly mirror the harms identified by DOJ in United States v. NAR, but on an individual scale.

I possess documentary evidence of contracts, emails, MLS records, medical records, and billing statements that substantiate these injuries.

**United States District Court for the District of Columbia**

*Attachment to Section III(C) – Statement of Claim*

1. From 2021 through 2025, Plaintiff attempted to sell four parcels of real property i

2. Defendants engaged in a coordinated scheme to block these sales through fraudul comparables, manipulated contracts, premature withdrawal of listings, and retalia takedowns.

3. **Franklin Hughes** admitted Plaintiff's complaints were valid yet used influence a block enforcement.

4. **Nicola Hughes** abruptly cut off communications and later re-engaged with steepl discounted offers timed to litigation deadlines.

5. **Andy Pallemaerts** prepared fraudulent comparables while admitting he was not appraiser.

6. **Kendall Caputo**, as supervising broker, failed to correct or discipline this conduc

7. **Paul Young** transmitted undervalued offers with collapse-prone terms designed t

8. **Lora Pabst** engineered early terminations of listing agreements, depriving Plaint exposure.

9. **Teri Hillery** delivered net sheets as low as $9,000 for property worth over $75,00 produced altered contracts.

10. The **Florida Real Estate Commission (FREC)** and **DBPR** repeatedly refused to documented complaints, even while acknowledging receipt, thereby enabling the misconduct.

11. These state agencies allowed retaliatory takedowns of Plaintiff's FSBO listings tr DBPR/FREC IP addresses.

12. The **National Association of REALTORS®** and its affiliated MLS rules created environment in which FSBO suppression was carried out nationwide.

13. This conduct mirrors the DOJ's allegations in *United States v. NAR* (No. 1:20-cv- D.D.C.), but targeted Plaintiff directly, depriving him of property rights, equal pr and due process.

14. Plaintiff has documentary evidence of each act, including emails, contracts, MLS hearing transcripts.

Attachment to Section V – Relief

United States District Court for the District of Columbia

Attachment to Pro Se 15 – Relief

Plaintiff requests that the Court declare Defendants' conduct unlawful.

Plaintiff asks for an injunction prohibiting suppression of For-Sale-By-Owner property sales.

Plaintiff asks for an injunction preventing retaliatory takedowns of FSBO listings.

Plaintiff requests an order requiring preservation of all records, emails, and communications related to this case.

Plaintiff asks that his Florida properties be restored to full and fair access to the open market.

Plaintiff requests structural relief requiring Defendants to change anticompetitive practices and policies.

Plaintiff seeks compensatory damages of not less than $2,500,000.

This figure reflects lost property value, collapsed sales, and unpaid medical bills.

Plaintiff seeks recovery of medical costs exceeding $2,000,000 linked to his heart condition.

Plaintiff requests punitive damages against individual Defendants for willful misconduct.

Plaintiff asks for damages for emotional distress, anxiety, and sleeplessness.

Plaintiff seeks damages for loss of housing opportunities and relocation prospects.

Plaintiff asks for damages for loss of financial independence and stability.

Plaintiff requests damages for long-term harm to health and medical security.

Plaintiff seeks damages for future care and treatment needs.

Plaintiff requests costs of this action, including fees and expenses.

Plaintiff asks that this matter be referred to the Department of Justice, the Federal Trade Commission, and the Department of Housing and Urban Development for review.

Plaintiff requests relief ensuring disabled individuals are not excluded from property markets or housing opportunities.

Plaintiff asks for monitoring or compliance programs to prevent recurrence of these practices.

Plaintiff requests all other relief the Court deems just and proper.

Plaintiff demands a jury trial on all issues so triable.

Attachment to Complaint – Verification and Declaration

United States District Court for the District of Columbia

Attachment to Pro Se 15 – Verification

I, Ronnie W. Woods, declare under penalty of perjury under the laws of the United States of America that the facts set forth in this Complaint and its attachments are true and correct to the best of my knowledge, information, and belief.

I further declare that all attachments, exhibits, and statements provided in this filing are submitted in good faith, supported by documentary evidence in my possession, and are not being presented for any improper purpose.

Executed on this 7th day of September, 2025.


Ronnie W. Woods, Pro Se

/s/ronniewoods

5635 SE 127th Place

Belleview, FL 34420

Tel: (352) 205-1317

Email: ronniewoood101@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Ronnie W. Woods, Plaintiff, Pro Se**

v.

**National Association of Realtors, et al.**

**Addendum – Original Signatures**

Plaintiff respectfully submits the attached signature pages bearing original handwritten signatures for the filings previously submitted on September [insert date].

This addendum is intended to cure any deficiency relating to pro se signature requirements. I apologize for the oversight and request that these signed pages be attached to the original filings in the docket.

Date: Sept. 7. 2025

Signature: _[signature]_

Ronnie W. Woods, Plaintiff, Pro Se
5635 SE 127th Place
Belleview, FL 34420
Email: ronniewood101@gmail.com
Phone: (352) 205-1317

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06/2025

Signature of Plaintiff: /s/ronniewoods

Printed Name of Plaintiff: Ronnie W. Woods

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City  State  Zip Code

Telephone Number

E-mail Address

Page 6 of 6



2. Plaintiff shall comply with all CM/ECF technical, formatting, redaction, and procedural requirements.

SO ORDERED.

Dated: _____, 2025

_____
United States District Judge

# WITH VERIFIED DECLARATION AND PROPOSED ORDER

Plaintiff, appearing pro se, respectfully moves this Court for leave to file and receive documents electronically via CM/ECF pursuant to Local Civil Rule 5.4(b)(2). In support, Plaintiff states:

1. **Technical Capability.** Plaintiff has reliable access to the internet and email and is fully capable of complying with CM/ECF requirements, including use of PDF format, redaction of personal identifiers, and adherence to all formatting and procedural rules.

2. **Efficiency and Case Management.** This case involves complex real estate suppression and antitrust issues. Efficient docket management will be served by electronic filing, which eliminates delays inherent in paper submissions.

3. **Parity with Other Parties.** All represented parties and federal enforcement agencies litigate in this Court through CM/ECF. Granting electronic access avoids placing Plaintiff at a disadvantage solely due to pro se status.

4. **No Prejudice.** Granting this motion imposes no prejudice on Defendants and no burden on the Court. It simply permits Plaintiff to file and receive documents electronically under the same conditions as all other parties.

## VERIFIED DECLARATION

I, Ronnie W. Woods, declare under penalty of perjury that I have continuous access to the internet and email, that I am able to comply with all CM/ECF technical requirements, that I will review the Court's user manuals and training materials, and that I will file responsibly in conformity with all applicable rules.

Executed this 7th day of Sept, 2025.

/s/ Ronnie W. Woods
5635 SE 127th Place
Belleview, FL 34420
Tel: (352) 205-1317
Email: ronniewoood101@gmail.com