Exhibit 1 — Sept. 27, 2023 Email (Franklin Hughes → Ronnie Woods)

Offered not for the truth of any statements made, but to demonstrate:

Hughes's knowledge of the Herin Dr. property dispute;

His intent to obstruct and intimidate; and

A pattern of interference relevant to Plaintiff's claims under 42 U.S.C. § 1983, antitrust, and related statutes.

The language is reproduced verbatim for accuracy.

# Hello old pal

Inbox

### Ronnie <ronniewood101@gmail.com>

Wed, Sep 27, 2023, 7:27 AM

to franklin

We are not done, not by a long long stretch.Ya gotta shoot me, it truly is your best option.

Have a Wonderful day.

Your Dirty little kocksucker.

Ronnie Wood


Oh ya...Watch this.

### Franklin Hughes <franklinhughes124@gmail.com>

Wed, Sep 27, 2023, 7:47 AM

to Ronnie

I will be filing charges against you today for harassment. I told you in the last message if you emailed me again it would be considered harassment. The lawyer said you couldn't lawfully sell the property so you have no case. We couldn't even buy the property if you wanted to. Have fun in jail.


Sent from my iPhone

On Sep 27, 2023, at 7:27 AM, Ronnie <ronniewood101@gmail.com> wrote:

**Exhibit 2 — Email Chain with Nicola Hughes (Aug. 30, 2025)**

Description & Purpose of Admission:

This exhibit consists of a chain of emails exchanged between Plaintiff Ronnie Woods and Nicola Hughes, broker/owner of Hughes Homes Realty, on August 30, 2025.

It is offered not for the truth of any statements made, but to demonstrate:

Initial willingness to engage in a listing relationship, including acknowledgment of Plaintiff's ownership;

Subsequent withdrawal/ghosting after Plaintiff's good-faith request for a market analysis; and

Pattern of market suppression and inconsistency that is probative of interference, restraint of trade, and discrimination in real estate transactions.

Relevance:

Admissible under Fed. R. Evid. 401 and 402 as evidence of industry practice and selective engagement.

Protected from exclusion under Fed. R. Evid. 403, as probative value outweighs any prejudice.

Not barred by the hearsay rule under Fed. R. Evid. 801(c), as it is introduced to show effect on the listener, state of mind, and pattern of conduct, not for the truth of the underlying assertions.

Authenticity:

The language is reproduced verbatim for accuracy. Metadata, headers, and account identifiers confirm origin and integrity.

# Rule 408 Communication.

Inbox

### Ronnie <ronniewood101@gmail.com>

Aug 30, 2025, 12:14 PM (13 days ago)

to Nicola

### Rule 408 Settlement Communication – Nicola Hughes

Via Certified Mail,– Return Receipt Requested, Email .

To:

Nicola Hughes, Broker/Owner

Hughes Homes Realty

1200 Deltona Blvd, Suite 4

Deltona, FL 32725

From:

Ronnie W. Woods

5635 SE 127th Pl.

Belleview, FL 34420

Phone: (352) 205-1317

Email: ronniewoood101@gmail.com

Date: August . 30 . 2025

Subject: Confidential Rule 408 Settlement Communication – Hughes Homes Realty

Dear Ms. Hughes,

This correspondence is made pursuant to Rule 408, Fed. R. Evid., and its Florida counterpart. It is strictly for settlement purposes, inadmissible in any proceeding except to prove bad faith.

On July 24, 2023, you emailed me directly and stated: "Yes we would be happy to help you sell your land for you. Give me a call when you can and we can go over the process."

Later that same day, you requested sensitive documentation, writing: "We will need a copy of you and your wife's driver license… and we can send the listing documents."

After further exchanges about price, comparables, commission, and listing term, your tone shifted. On August 10, 2023, you abruptly wrote: "Please do not contact myself or my company again. We have no interest in working with you to sell your properties."

The sudden reversal — after multiple expressions of willingness and after requesting documentation from me — is glaring. There was no explanation of market conditions, buyer pool, or even personal preference. The inference is plain: external influence (whether familial, brokerage, or industry-level) pressured you to disengage.

That, Ms. Hughes, is the very definition of market suppression under federal law. See, e.g.:

Sherman Act, 15 U.S.C. § 1 (agreements to restrain trade),

42 U.S.C. § 1983 & 1985(3) (civil rights violations under coordinated action),

Fla. Stat. § 817.034 (fraudulent practices in commerce).

I have preserved the full email chain. It will be provided to the Court or to DOJ, FTC, and HUD if necessary. This is only a fraction of the hundreds of such records I possess.

That said, I am extending to you the simplest resolution:

If your disengagement was voluntary and uninfluenced by outside actors, simply confirm that in writing. One sentence will suffice. If you confirm that, I will treat this matter as closed with respect to you personally.

If you cannot provide such a statement, then the inference is unavoidable that outside influence — including by family members or affiliated brokers — caused your withdrawal. That inference will compel me to include you, and those directing you, in my federal escalation package.

This is the easiest out anyone could ask for. Take it, and walk away. Decline it, and the record will speak for itself.

Respectfully,

/s/ Ronnie W. Woods

Native American | Veteran

5635 SE 127th Pl.

Belleview, FL 34420

Phone: (352) 205-1317

Email: ronniewoood101@gmail.com


One attachment • Scanned by Gmail

**Nicola Hughes**

Aug 30, 2025, 5:45 PM (13 days ago)

to Ronnie

Hi Ronnie:

Thank you for reaching out in regard to this matter. Unfortunately over the last few years we, and many of the other local real estate companies have been victims of listing fraud. We get countless emails from potential "sellers" asking us to list their land. We have done so several times only to find out that the person we have been dealing with isn't actually the owner but someone posing as the owner. They try to get the file all the way through closing so they can take the proceeds from the sale and disappear. It seems that land is an easy target as you don't have to have keys to get in or anything like that. This is the reason we now request drivers licenses from our sellers so we can try and prove that a seller is, in fact who they say they are.

I extend my sincerest apologies that the experience you had was unfavorable. Please extend my condolences to your wife also. If you still need your land sold, please reach out to me and we will do it for you at a steep, steep discount.

Again I am sorry about your experience and hope I can resolve it for you. Please feel free to reach out to me directly on my cell number at 407-963-1198.

Regards,

**Ronnie <ronniewood101@gmail.com>**

Aug 30, 2025, 6:21 PM (13 days ago)

to Nicola

Subject: Request for Market Analysis – Herin Road Property

Dear Ms. Hughes,

Thank you for your response. As you indicated in your message of August 30, 2025, you and your company are available to assist with the sale of my property. In good faith, and consistent with your stated offer, I am formally requesting a complete market analysis (comparative market analysis / broker price opinion) for the following parcel:

Parcel ID: 73200000572

Location: Herin Road, New Smyrna Beach, Florida

Owner of Record: Ronnie Woods (per Volusia County Property Appraiser)

This request is made in the ordinary course of property ownership, with the goal of understanding market value and saleability. As a property owner, I have the right to seek such information, and your company's response — whether provided or withheld — will be preserved in my records.

Please confirm receipt of this request and provide the analysis at your earliest convenience.

Respectfully,

Ronnie W. Woods

Pro Se | Native American | Veteran

5635 SE 127th Place

Belleview, FL 34420

 352-205-1317

 ronniewoood101@gmail.com

**Nicola Hughes**

Aug 30, 2025, 7:43 PM (13 days ago)

to Ronnie

Got it. I'm out of the office til Tuesday but will work on this for you then!

Sounds good, thank you.Thank you.Have a great vacation!

> Plaintiff's Note on Completion of Chain:
>
> Despite Ms. Hughes's acknowledgment of receipt and assurance she would provide a market analysis, no further communications or analysis were ever received. The chain demonstrates both initial willingness and subsequent withdrawal, consistent with Plaintiff's broader evidence of market suppression.

Exhibit "G"



**Department of**
**BUSINESS AND PROFESSIONAL REGULATION**

RON DESANTIS, GOVERNOR     MELANIE S. GRIFFIN, SECRETARY

April 11, 2024

Mr. Ronnie Woods
302-1576 Bella Cruz Dr.
Lady Lake, FL 32159

Via Email: ronniewood101@gmail.com

RE: 2024021211 / unspecified individuals

Dear Mr. Woods,

We have received your complaint referenced above. Based on the complaint and the supporting documentation submitted there is not sufficient evidence to prove that any particular individual has committed a violation of the Florida Real Estate License Law.

If you believe that someone has violated an agreement with you or caused you damages, you may wish to contact an attorney to pursue your claim in civil court. If a civil judgment is obtained arising from fraudulent or dishonest dealings, or a financial judgment is obtained and not satisfied, please resubmit your complaint with details of the judgment, using the above case number for further review. **DRE is legislatively restricted from acting as a court and therefore, cannot intercede or advocate for one party or the other in civil disputes, cannot interpret legal documents or enforce contracts, and cannot recover money.**

The Florida Real Estate Commission is not empowered to make restitution.

Thank you for bringing this matter to our attention.

Sincerely,

**Mark V. Geier**
Investigation Specialist II
Division of Real Estate / Enforcement / Orlando
Florida Department of Business and Professional Regulation
407-885-2024

**DBPR Division of Real Estate**
407.481.5662
MyFloridaLicense.com

1

Gmail - Summons and Notice to Appear - Ronnie Wood... https://mail.google.com/mail/u/0/?ik=a82d9b786a&...

 Gmail

rinnie wood <101investments@gmail.com>

## Summons and Notice to Appear - Ronnie Woods v. Florida Realtors 2024 18308 CODL

**Fortunas, James** <James.Fortunas@myfloridalicense.com>  Mon, Oct 7, 2024 at 7:10 AM
To: Ronnie <ronniewood101@gmail.com>

Good morning Mr. Wood,

The Department of Business and Professional Regulation – Division of Real Estate will not be able to assist you in the selling of real estate.

If you believe there have been crimes committed such as fraud or attempts on your life, please report those matters to law enforcement.

Kind Regards,

*Denied Services without Cause...*

James



James Fortunas

Deputy Chief Attorney, Division of Real Estate

Department of Business and Professional Regulation

Telephone: (850) 717-1762

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above.

If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this transmission in error, immediately reply to the sender that you have received this communication in error and then delete it.

Thank you.

From: Ronnie <ronniewood101@gmail.com>

Gmail - Summons and Notice to Appear - Ronnie Wood...    https://mail.google.com/mail/u/0/?ik=a82d9b786a&...

Hello James

I wonder, being that you are

James Fortunas

Deputy Chief Attorney, Division of Real Estate

Department of Business and Professional Regulation

Telephone: (850) 717-1762

I am in need of assistance. I have 4 properties that I would like to sell, but I have encountered difficulties with Realtor.com. It seems that they are not allowing me to proceed with the sale. Is this standard practice for your company?

I have evidence of fraudulent activities, and it seems that there have been attempts on my life by your Realtors. Is this how you normally conduct business?

Could you help me with the process of selling my properties? So far, I have only experienced mistreatment and deception. I'd like to understand why this is happening to me. It seems that I have been barred from the market. You seem to have the monopoly on buying and selling properties, yet you are choosing not to sell mine. Why is that? One agent even threatened to harm me, and it appears that others have joined forces with him to harm my interests. Even my attorney has been warned that helping me would be detrimental to his business. Why is this the case? I am beginning to wonder if you also have influence over judges and courthouses. I was once set up to meet someone with the intention of causing me harm, possibly by one or more of your Realtors. I have reported this to the sheriff.

All I want is to sell my properties. I eagerly await your response.

Ron

[Quoted text hidden]

---

Fortunas, James <James.Fortunas@myfloridalicense.com>    Mon, Oct 7, 2024 at 7:10 AM
To: Ronnie <ronniewood101@gmail.com>

Good morning Mr. Wood,

The Department of Business and Professional Regulation – Division of Real Estate will not be able to assist you in the selling of real estate.

If you believe there have been crimes committed such as fraud or attempts on your life, please report those matters to

law enforcement.

[Quoted text hidden]

---

**Ronnie** <ronniewood101@gmail.com>   Tue, Oct 8, 2024 at 6:21 PM
To: "Fortunas, James" <James.Fortunas@myfloridalicense.com>

Mr Fortunas

I trust this message finds you well.

Your previous response was highly inappropriate. You are the sole entity involved in the buying and selling of real estate. Consequently, I must ask why I am being singled out in this manner. Why are you pushing me towards bankruptcy? Who is accountable for the treatment I am receiving, and what is the rationale behind it?

It has reached a point where many realtors appear to be intimidated by me. What actions have led to this situation? I feel as though I am being regarded as a parasite by your associates, which is fundamentally unjust.

It is not a matter of your inability to sell the properties; rather, it seems you are obstructing the sales process at every turn. Attorneys have been instructed not to process these properties under any circumstances. What you are doing is inhumane, and I hope you find satisfaction in it.

I have yet to receive an explanation for the actions taken against me. I am facing the threat of bankruptcy. As a Native Indian with Canadian citizenship, I am raising two children aged 10 and 14. I have been subjected to slanderous remarks for what appears to be amusement. Our home requires a kitchen, some windows, and other essential repairs. Your actions are keeping me in a state of financial distress. A certain unethical realtor has chosen to target me, and it appears that Realtor.com is complicit in this conduct. I would appreciate clarification on how this situation is deemed acceptable.

I intend to bring this matter before a judge for further explanation.

**Consider this Notification of my Intent to file a Lawsuit.**

My sole objective is to sell my properties at a fair market value. Is this something you will obstruct, as has been the case for 5 years.

The defamation from realtors has reached such an extent that my 10-year-old son, who plays baseball, is being denied the opportunity for me to coach or serve as a volunteer referee. They should be informed of this so they can take pride in their actions.

I also volunteer at a local church, managing their electronics, where I initially faced negative remarks about my character. I am gradually overcoming the barrage of falsehoods, and people are beginning to recognize that I am a good person. Unfortunately, your actions suggest otherwise.

Attached is a photo of my lady's kitchen, which I had hoped to renovate, but your actions have left me financially strained. Why is this happening?

Our Hvac system has died, and we cannot fix that either.
Make sure they know of my distress, it will turn them on.

Kind Regards

Ronnie Woods
[Quoted text hidden]

📎 **Kitchen.pdf**
19942K

**M Gmail**    rinnie wood <101investments@gmail.co...>

**Redfin Support - An Update to Your Request**
1 message

**Athena Nastos** <athena.nastos@redfin.com>    Sun, Oct 13, 2024 at 1:31 PM
To: therollingkitbag@gmail.com

Hi Joey,

It's Athena here with a quick update on my search for your Redfin partner.

Unfortunately, I haven't been able to find an available agent to connect with you.

At this time, you have the option to contact the listing agent. They're familiar with the property and should be able to answer any questions you have, as well as arrange a tour. You'll find their contact details below:

Herin Dr, New Smyrna Beach, FL 32168
Alin Zdroba
Brokerage: PROPERTIO
Phone: 888-817-3383
Email: Reeve@helloReeve.com

We welcome you to check Redfin.com in the next couple of days or with us directly to inquire about agent availability.

I'm here to help with anything else you might need, so don't hesitate to reach out.

Warm regards,

## Exhibit 3 — Written Refusals of Service (2024)

Includes:

DBPR letter (Geier, Apr. 11, 2024) disclaiming enforcement jurisdiction;

Emails from DBPR Deputy Chief Attorney Fortunas (Oct.–Nov. 2024) refusing assistance and directing Plaintiff away from remedies;

Redfin response (Oct. 13, 2024) confirming no agent available for Herin Rd. property.

Offered to show:

Absolute refusal of service and abandonment of statutory duty by regulators,

Industry-level refusal to deal, leaving Plaintiff excluded from normal market access,

A consistent pattern of suppression, discrimination, and denial of remedies,

Direct causation of federal necessity under 42 U.S.C. § 1983, § 1985(3), and Sherman Act § 1.

The language is reproduced verbatim for accuracy, confirming systemic denial of services without cause.